# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
GREGORY MUELLER

### DEFENDANTS
GARY BRACKENRIDGE

**(b)** County of Residence of First Listed Plaintiff: Bucks County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hunterdon County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stampone O'Brien Dilsheimer Holloway
SEAN McMONAGLE, ESQUIRE
500 Cottman Avenue

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [X] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 US U.S.C. 1332(a).

Brief description of cause:
Plaintiff was stopped for traffic in his vehicle northbound on Route 202 in Solebury Township, Pennsylvania when he was suddenly and forcefully re

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** 500,000.00
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 12/05/2025
SIGNATURE OF ATTORNEY OF RECORD: Sean McMonagle

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### DESIGNATION FORM

Place of Accident, Incident, or Transaction: **Bucks County**

---

**RELATED CASE IF ANY:** Case Number: N/A    Judge: _____

1. Does this case involve property included in an earlier numbered suit?    Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?    Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?    Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?    Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation.    Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☐ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

**A. Federal Question Cases:**
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Wage and Hour Class Action/Collective Action
6. ☐ Patent
7. ☐ Copyright/Trademark
8. ☐ Employment
9. ☐ Labor-Management Relations
10. ☐ Civil Rights
11. ☐ Habeas Corpus
12. ☐ Securities Cases
13. ☐ Social Security Review Cases
14. ☐ Qui Tam Cases
15. ☐ Cases Seeking Systemic Relief  ***see certification below***
16. ☐ All Other Federal Question Cases. *(Please specify)*: _____

**B. Diversity Jurisdiction Cases:**
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(Please specify)*: _____
7. ☐ Products Liability
8. ☐ All Other Diversity Cases: *(Please specify)* _____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY MUELLER and<br>260 Barret Drive<br>Doylestown, PA 18902<br>　　　Plaintiff<br>vs.<br><br>GARY BRACKENRIDGE<br>117 Locktown-Flemington Road<br>Flemington, NJ 08822<br>　　　Defendant | :<br>:<br>:<br>:<br>:<br>:　CIVIL ACTION NO.:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

**I.     JURISDICTION:**

Jurisdiction is founded upon diversity of citizenship of the parties and the amount in controversy pursuant to 28 U.S.C. §1322, in that Plaintiff, Gregory Mueller, is an individual and citizen of the Commonwealth of Pennsylvania; Defendant, Gary Brackenridge, is alleged and therefore averred to be an individual and citizen of the State of New Jersey; and the amount in controversy exceeds One Hundred Fifty Thousand ($150,000.00) Dollars.

**II.    FACTUAL ALLEGATIONS:**

1.     Plaintiff, Gregory Mueller, is an individual and citizen of the Commonwealth of Pennsylvania, and reside therein at 721 Knight Road, Penllyn, PA 19422.

2.     Defendant, Gary Brackenridge, (hereinafter referred to as "Brackenridge"), is believed and therefore averred to an individual and citizen of the State of New Jersey, and resides at 117 Locktown-Flemington Road, Flemington, NJ 08822.

3.     On or about January 29, 2024 Defendant Brackenridge owned, managed, possessed, controlled and/or operated a motor vehicle, namely a 2014 Tesla and was travelling North on Route 202 in Bucks County, Pennsylvania.

4. On January 29, 2024, Plaintiff Mueller was lawfully operating his motor vehicle northbound on Route 202 in Bucks County, Pennsylvania.

5. At the place and time aforesaid, Plaintiff Mueller was stopped at a red light on Route 202.

6. At the place and time aforesaid, Defendant Brackenridge failed to stop his motor vehicle and slammed into the rear of another vehicle causing that vehicle to rear-end Plaintiff.

7. Defendant Brackenridge admitted he was driving distracted.

8. Defendant Brackenridge took his eyes off the road causing a three-car collision.

9. Defendant Brackenridge admitted he was operating a vehicle with a malfunctioning display causing him to become distracted while driving.

10. This accident resulted solely from the negligence, carelessness, recklessness and/or other liability producing conduct of the Defendant herein and was due in no manner whatsoever to any act or failure to act on the part of the Plaintiff.

11. As a result of the aforesaid accident, the Plaintiff, Gregory Mueller, has suffered injuries which are serious and permanent in nature, including, but not limited to post-traumatic migraine headaches, post-concussion syndrome, memory loss, photophobia, phonophobia, brain fog, neck pain, back pain, lacerations and abrasions over various portions of his body; post traumatic anxiety and depression; severe damage to his nerves and nervous system; and various other ills and injuries which the Plaintiff yet suffers and may continue to suffer for an indefinite time into the future.

12. As a further result of the aforesaid accidents, Plaintiff, Gregory Mueller has been obliged to receive and undergo medical attention and care and to incur various and diverse expenses, all of which have or may exceed the sum and value recoverable under 75 Pa. C.S. Section

1711 and which the Plaintiff may continue to expend and incur for an indefinite time into the future.

13. As a further result of the aforesaid accident, Plaintiff, Gregory Mueller has or may suffer a severe loss of his earnings and impairment of his earning capacity and power, all of which may continue indefinitely into the future and exceed the sums and value recoverable under 75 Pa. C.S. Section 1711.

14. As a further result of the aforesaid accident, the Plaintiff, Gregory Mueller has suffered severe physical pain and trauma, mental upset and anguish and humiliation and may continue to suffer the same for an indefinite time into the future.

15. As a further result of the aforesaid accident, the Plaintiff, Gregory Mueller has suffered a diminution of his ability to enjoy life and life's pleasures, all of which may continue indefinitely into the future.

16. This accident resulted solely from the negligence, carelessness and recklessness of one or more of the Defendant herein and was due in no manner whatsoever to any act or failure to act on the part of the Plaintiff.

## COUNT I

## GREGORY MUELLER v. GARY BRACKENRIDGE

## NEGLIGENCE

17. Plaintiff incorporates by reference paragraphs 1 through 16 as if the same were herein set forth at length.

18. The negligence, carelessness and recklessness of the Defendant, Brackenridge consists of the following:

    a. failure to properly operate and control the motor vehicle so that it would not become a hazard to persons situated such as the Plaintiff;

    b.  failure to apply the brakes to avoid an accident;

    c.  failure to yield the right of way to Plaintiff's vehicle;

    d.  failure to keep a proper lookout;

    e.  operation of the vehicle at an excessive rate of speed under the circumstances;

    f.  operation of the vehicle in violation of the laws of County of Bucks and the Commonwealth of Pennsylvania, governing the operation of motor vehicles on the streets and highways;

    g.  failing to properly regulate the speed of the vehicle so as to prevent a collision;

    h.  failing to operate the defendant's vehicle at a speed and under such control as in failing to properly and adequately observe the traffic conditions then and there existing;

    i.  recklessly operating his vehicle while reading, viewing, texting, and/or otherwise using a touchscreen display;

    j.  recklessly failing to keep a proper lookout because of looking and/or texting on a smart/mobile phone; and

    k.  violation of PA 75 Section 3736A (reckless driving);

    l.  violation of Pa 75 Section 3310A (following too closely);

    m.  violation of PA 75 §3306A2 (approaching intersection improperly); and

    n.  being distracted while driving.

19.    The carelessness, negligence and recklessness of Defendant Brackenridge as set forth herein was the proximate and sole cause of the injuries and damages to the Plaintiff and expenses incurred as set forth above.

    WHEREFORE, Plaintiff, Gregory Mueller, demands judgment against Defendant Gary Brackenridge, for damages, interest and costs of suit in an amount in excess of One Hundred Fifty Thousand ($150,000.00) Dollars.

Respectfully submitted,

**STAMPONE O'BRIEN
DILSHEIMER HOLLOWAY LAW**

By: /s/Sean McMonagle
     SEAN McMONAGLE, ESQUIRE
     Attorney for Plaintiff
     ID No.: 312714
     500 Cottman Avenue
     Cheltenham, PA 19012
     (215)-663-0400
     smcmonagle@stamponelaw.com

## **VERIFICATION**

      Gregory Mueller states that she is the Plaintiff in the within action and that the statements made in the foregoing pleading are true and correct to the best of his knowledge, information and belief, and acknowledges that the statements therein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

12/3/2025
_____
Date

Signed by:
_____
87609508775D48E...
GREGORY MUELLER